# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-2384
LT Case No. 2017-CF-2047-A-Z

_____

AVISUS DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Robert David Malove, of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.


August 15, 2023


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., EISNAUGLE and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____